USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 98-1579

 AICARDO RESTREPO,

 Plaintiff, Appellant,

 v.

 PAUL DIPAOLO,

 Defendant, Appellee.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Edward F. Harrington, U.S. District Judge]

 Before

 Selya, Stahl and Lynch,
 Circuit Judges.
 
 

 Aicardo Restrepo on brief pro se.
 Scott Harshbarger, Attorney General and Annette C. Benedetto,
Assistant Attorney General on brief for appellee.

November 12, 1998

 
 

 Per Curiam. After carefully reviewing the parties'
 briefs and the record, we find that the decision of the
 Massachusetts Appeals Court affirming petitioner's conviction
 was not "contrary to" the rule set out in Jackson v. Virginia,
 443 U.S. 307 (1979), for analyzing sufficiency of the evidence
 claims. See 28 U.S.C. 2254(d)(1); O'Brien v. DuBois, 145
 F.3d 16, 24, 25 & n.6 (1st Cir. 1998). We therefore affirm the
 judgment of the district court denying petitioner's 2254
 petition for essentially the reasons stated in that court's
 Memorandum and Order, dated April 8, 1998.
 Affirmed. See Local Rule 27.1. 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 -2-